IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY TYSON,

    Plaintiff,                               No. CIV S-03-1914 DFL CMK P

   vs.

E. ALAMEIDA, et al.,

    Defendants.                           <u>ORDER</u>

_____/

        On April 12, 2005, this court filed findings and recommendations recommending that this action be dismissed for plaintiff's failure to keep the court appraised of his current address. Plaintiff has filed objections to the findings and recommendations stating that defendants, without his knowledge, added a new address for plaintiff's receipt of legal mail at Folsom State Prison. Plaintiff included as attachment A a memorandum from the prison

///

///

///

///

///

1

detailing "new post office procedures." Additionally, plaintiff has filed a new address with the court that reflects Folsom State Prison's new post office procedures.

IT IS ORDERED that the findings are recommendations filed April 12, 2005 are vacated.

DATED: May 11, 2005.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2