IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jeffery Tyson

      Plaintiff,                     No. CIV S-03-1914 DFL CMK P

     vs.

E. Alameida, et al.,

      Defendants.

_____/        <u>ORDER</u>

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On December 23, 2004, the court issued an order directing plaintiff to show cause within fifteen days why plaintiff had failed to file an amended complaint.  On January 10, 2005, plaintiff responded to the order to show cause and filed a motion to amend his complaint, along with a proposed complaint.  On January 20, 2005, the court directed the clerk of the court to return plaintiff's proposed amended complaint and ordered plaintiff, to within thirty days, submit to the court the three copies of the amended complaint required to effect service.

       On February 24, 2005, the court granted plaintiff's motion to amend his complaint and again directed plaintiff to file an amended complaint that complied with the Federal Rules of Civil Procedure and the Local Rules.

///

1     The court's February 24, 2005 order was returned as undeliverable on March 25,
2  2005. Accordingly, on April 12, 2005, the court issued findings and recommendations
3  recommending that this action be dismissed for plaintiff's failure to keep the court appraised of
4  his current address. On May 5, 2005, plaintiff filed a notice of change of address with the court.
5  The court then vacated the April 12, 2005 findings and recommendations.
6     A review of the docket indicates that plaintiff was never served with the court's
7  February 24, 2005 order directing him to file an amended complaint within thirty days.
8     Accordingly, IT IS ORDERED THAT plaintiff is granted thirty days from the
9  date of service of this order to file an amended complaint that complies with the requirements of
10 the Civil Rights Act, the Federal Rules of Civil Procedure and the Local Rules of Practice; the
11 second amended complaint must bear the docket number assigned to this case and must be labeled
12 "Second Amended Complaint." Plaintiff must file an original and two copies of the second
13 amended complaint. Failure to file a second amended complaint in compliance with this order
14 will result in a recommendation that this action be dismissed.
15
16 DATED:   October 20, 2005.
17
18                                             _____
                                                **CRAIG M. KELLISON**
19                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26