IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY TYSON,

      Plaintiff,                    No. CIV S-03-1914 DFL CMK P

      vs.

E. ALAMEIDA, Warden, et al.,

      Defendants.

_____/       <u>ORDER</u>

      On February 2, 2006, plaintiff filed a "Motion for Dismissal of Fees Waivers Application, Civil Complaint." (Doc. 48.) The court construes plaintiff's motion as a request that this case be dismissed.

      IT IS ORDERED that defendants may file an opposition to plaintiff's request for a voluntary dismissal within ten days from the date this order is filed.

DATED: February 9, 2006.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE