IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY TYSON,

    Plaintiff,                     No. CIV S-03-1914 DFL CMK P

    vs.

E. ALAMEIDA, Warden, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. (Doc. 48.) Defendants have filed a statement of non-opposition. (Doc. 50.) Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: April 20, 2006.

                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE